# EXHIBIT 2

| From: | Joshua.Hamilton@lw.com |
|---|---|
| Sent: | Wednesday, March 11, 2020 9:41 PM |
| To: | Lawrence.Atkinson2@usdoj.gov; Kyle.Maurer@usdoj.gov; Nick.Linder@usdoj.gov |
| Cc: | Sean.Berkowitz@lw.com; eric.swibel@lw.com; Acosta, Sergio (Ptnr-Chi); Paul, Douglas (Ptnr-DC); Kelly, Michael (Ptnr-DC) |
| Subject: | US v. Meek - Correspondence |
| Attachments: | U.S. v. Meek -- Correspondence from J. Hamilton.pdf |

Dear Counsel:

Please find attached correspondence of today's date. Thank you.

Josh


**Joshua G. Hamilton**

**LATHAM & WATKINS LLP**
10250 Constellation Blvd. Suite 1100
Los Angeles, CA 90067
Direct Dial: +1.424.653.5509
Fax: +1.424.653.5501
Email: joshua.hamilton@lw.com
http://www.lw.com


_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.

Joshua G. Hamilton
Direct Dial: (424) 653-5509
joshua.hamilton@lw.com

10250 Constellation Blvd., Suite 1100
Los Angeles, California 90067
Tel: +1.424.653.5500 Fax: +1.424.653.5501
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |
| Milan | |

March 11, 2020

**BY EMAIL AND U.S. MAIL**

Nicholas J. Linder, Esq.
United States Attorney's Office
Southern District of Indiana
100 West Market Street, Suite 2100
Indianapolis, IN 46204

L. Rush Atkinson, Esq.
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, N.W.
Washington, D.C. 20005

Re: *United States v. Meek, et al.*, **Case No. 19-CR-378-JMS-MJD**

Dear Messrs. Linder and Atkinson:

    We are writing to follow up on the discussion concerning the 18 boxes of back-up tapes in Celadon Group, Inc.'s ("Celadon") possession that contain information relevant to the above referenced case. During our call on February 25, 2020, the government represented to counsel that William Meek and Bobby Peavler would have equal access to the boxes of back-up tapes so that we will be able to review the evidence simultaneously. On March 6, 2020, we spoke with bankruptcy counsel for Celadon regarding the back-up tapes. He informed us that the government planned to collect the boxes and would share them with defense counsel. As the government will soon (or may already) have physical possession of the boxes, we wanted to establish a review process that allows for concurrent review so that we can provide effective representation to our client. To be clear, nothing herein is intended to waive or limit the governments obligations to provide information as required by *Brady v. Maryland*, 373 U.S. 83 (1963), *Giglio v. United States*, 405 U.S. 150 (1972), the Jencks Act, 18 U.S.C. § 3500, Federal Rule of Criminal Procedure 16, and other applicable laws.

**LATHAM&WATKINS**LLP

      Please let us know when we can have a call to discuss how we will be provided access to the materials. Thank you in advance for providing access to the production and for your timely consideration of and response to these matters.

                                      Best regards,

                                      Joshua Hamilton
                                      of LATHAM & WATKINS LLP

cc:    Sean M. Berkowitz, Esq.
        Eric R. Swibel, Esq.
        Steven D. DeBrota, Esq. (by email only)
        Kyle W. Maurer, Esq. (by email only)
        Sergio E. Acosta, Esq. (by email only)
        Michael P. Kelly, Esq. (by email only)
        Douglas B. Paul, Esq. (by email only)