# EXHIBIT 3

| From: | Atkinson, Lawrence (CRM) <Lawrence.Atkinson2@usdoj.gov> |
|---|---|
| Sent: | Tuesday, March 17, 2020 9:53 AM |
| To: | Kelly, Michael (Ptnr-DC); Joshua.Hamilton@lw.com |
| Cc: | Maurer, Kyle (CRM); Linder, Nick (USAINS); Sean.Berkowitz@lw.com; eric.swibel@lw.com; Acosta, Sergio (Ptnr-Chi); Paul, Douglas (Ptnr-DC) |
| Subject: | US v. Meek: List of Celadon-Identified Counsel |
| Attachments: | FW: Celadon: Production Request |

All,

Please see the attached correspondence the government received from Celadon's counsel last night regarding the backup tapes and assertion of privilege. Happy to discuss when you've had a chance to review.

Best,
Rush

----------------------

**L. Rush Atkinson**
**Assistant Chief – Fraud Section**
U.S. Department of Justice | Criminal Division
1400 New York Avenue, N.W. | Washington, D.C. 20005
Office: 202.305.7413 | Cell: 202.262.8008
Email: lawrence.atkinson2@usdoj.gov

1

| From: | Brown, Stuart <stuart.brown@dlapiper.com> |
|---|---|
| Sent: | Monday, March 16, 2020 9:05 PM |
| To: | Atkinson, Lawrence (CRM) |
| Cc: | Chesley, Rick |
| Subject: | FW: Celadon: Production Request |
| Attachments: | Celadon - Counsel.LawFirm.List (003).docx |

Lawrence:

As we have discussed, Celadon and its affiliates, and its present and former directors and officers maintain, and do not waive, attorney-client and work product privileges.

In connection with Celadon turning over to your office back-up tapes, the parties intend to protect such privileges to the fullest extent permitted by laws. Attached is a list of counsel for Celadon and its officers and directors. The list is intended to form the basis for your search to exclude documents referencing or copying these counsel in order to maximize the production of non-attorney-client and non-work product privileged material and to maximize the preservation of the asserted attorney-client and work product privileges. Note, this list is not intended to be exhaustive and that Celadon reserves all rights as it relates to additional professionals that may not be included on this list.

The act of turning over the tapes, subject to these asserted and reserved rights, includes all rights to claw back and exclude inadvertently produced materials.

If you have any questions or concerns, please let us know.

Stuart
Stuart Brown
Partner

T +1 302.468.5640
F +1 302.778.7913
M +1 302.388.4767
E stuart.brown@dlapiper.com



DLA Piper LLP (US)
1201 North Market Street
Suite 2100
Wilmington, Delaware 19801
United States
www.dlapiper.com

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

Celadon Group, Inc.
Attorney/Law Firm List

*Barnes & Thornburg*
Block, Kelli
Brown, Kristin
Burke, Maura
Buterbaugh, Toby
Celadon Legal Department
Chase, Cathy
Chimento, Kim
Chunias, Jennifer
Cohen, Derek
Cohen, Stephen
Core, Braden
Core, Kenneth *
*Dennis, Corry, Porter & Smith*
*Duane Morris*
Eakman, Adam
Eckhart, Chris
Elschide, Dennis *
Feary, Greg
*Fox Rothschild*
Feary-Gardner, Kathryne
*Frost Brown Todd*
Garvin, Shay
*Goodwin Procter*
Harding, Todd
Holman, James
Holoubek, Lukas M.
Horn, Joshua
Hornung-Scherr, Heidi
*Ice Miller*
Johnson III, Joseph
Jones, Nick
Jurist, Bruce
Kaye, Michael
Kortum, Chris
Kortum, Jessica
Kosinski, Kathryn
Lawhon, Gregory
*Lewis Wagner*
Light, Andrew
Luz, Jennifer
MacLeman, Kate

---

* Denotes Celadon in-house legal counsel.

Celadon Group, Inc.
Attorney/Law Firm List

Mitchell, Patrick
Mukherjee, Brian
*Nelson, Mullins, Riley & Scarborough LLP*
*Ogletree Deakins*
Pace, C.D. Taylor
Powers, Steve
Rauterkus, Jerry
Robinson, David
*Scopelitis, Garvin, Light, Hanson & Feary*
*Scudder Law Firm*
Scudder, Mark
Sharpe, Trevor
St. Amour, Brion
Sullivan, Nicholas
Unger, Emily
Welsh, Chase *
Williams, Misty
Winawer, Lloyd
Wittman, Jeffrey
Wright, Ryan
Zoeller, Beau

---

* Denotes Celadon in-house legal counsel.

ACTIVE/102608143.1