# EXHIBIT 6

| From: | Atkinson, Lawrence (CRM) <Lawrence.Atkinson2@usdoj.gov> |
|---|---|
| Sent: | Wednesday, June 10, 2020 11:41 AM |
| To: | Acosta, Sergio (Ptnr-Chi); Paul, Douglas (Ptnr-DC); Kelly, Michael (Ptnr-DC); Sean.Berkowitz@lw.com; eric.swibel@lw.com; Joshua.Hamilton@lw.com |
| Cc: | Linder, Nick (USAINS); Maurer, Kyle (CRM) |
| Subject: | US v. Meek: SEC Update on Celadon Backup Tapes |

Counsel,

Please see the below update from the SEC on processing the backup tapes. We understand the SEC facilities remain closed. We do not have the ability to process any of these materials at this time. The materials remain in the FBI's possession in Indianapolis. Please let us know you would like to proceed, and we can discuss.

Best,
Rush

----------------------
L. Rush Atkinson
Assistant Chief - Fraud Section
U.S. Department of Justice | Criminal Division
1400 New York Avenue, N.W. | Washington, D.C. 20005
Office: 202.305.7413 | Cell: 202.262.8008
Email: lawrence.atkinson2@usdoj.gov

-----Original Message-----
From: Polish, Jonathan S. <PolishJ@sec.gov>
Sent: Wednesday, June 10, 2020 10:34 AM
To: Atkinson, Lawrence (CRM) <Lawrence.Atkinson@crm.usdoj.gov>; Maurer, Kyle (CRM) <Kyle.Maurer@CRM.USDOJ.GOV>
Subject: Backup Tapes

Rush and Kyle:

Months ago, before the pandemic-caused quarantine, we discussed the possibility of the SEC processing certain backup types made by Celadon (which it would have done in furtherance of its investigation, although it would have been amenable to sharing the processed data with you).

Unfortunately we are not in a position to process the tapes. I apologize for the inconvenience this may cause.

Sincerely,
Jonathan

Jonathan S. Polish
Senior Trial Counsel
United States Securities and
 Exchange Commission
175 W. Jackson Blvd, Suite 1450

Chicago, Illinois 60604
(312) 353-6884
PolishJ@sec.gov