# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CAUSE NO. 1:19-cr-00378-JMS-MJD |
| WILLIAM ERIC MEEK and | ) -01 |
| BOBBY LEE PEAVLER, | ) -02 |
| Defendants. | ) |

## ORDER

Comes now, the United States of America, by counsel, on its Unopposed Motion to Extend Briefing Deadlines Regarding Defendants' Discovery Motions at docket numbers 113 and 115. The Court having reviewed the Motion and for good cause found, hereby GRANTS the Motion [117].

IT IS THEREFORE ORDERED that:

a. The United States shall file any responses to the motions on or before December 22, 2020; and

b. Defendants Meek and Peavler shall file any replies to such responses on or before January 12, 2021.

So ORDERED.

Date: 12/4/2020

*Jane Magnus-Stinson* (signature)

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Copies available via CM/ECF